UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALVARO CARRANZA,<br><br>          Petitioner,<br><br>     v.<br><br>NEIL McDOWELL, Warden,<br><br>          Respondent. | Case No. SA CV 21-00874-SPG (DFM)<br><br>**ORDER ACCEPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE** |

Under 28 U.S.C. § 636, the Court has reviewed the Petition, the other records on file herein, and the Report and Recommendation of the United States Magistrate Judge. Further, the Court has engaged in a de novo review of those portions of the Report and Recommendation to which objections have been made. The Court overrules each of Petitioner's objections.

The Court accepts the report, findings, and recommendations of the Magistrate Judge.[1]

---

[1] The Court notes that Petitioner represents in his objections that he has withdrawn his claims challenging the trial courts' admission of evidence regarding the Child Sexual Abuse Accommodation Syndrome ("CSAAS") (Claim Six) and instruction to the jury on the use of CSAAS testimony (Claim Seven). *See* (ECF No. 25 at 7) (representing under the heading "Admission of CSAAS Testimony and Instruction" that "Petitioner has

-2-

IT IS THEREFORE ORDERED that Judgment be entered dismissing the Petition with prejudice.

Dated: September 18, 2023

HON. SHERILYN PEACE GARNETT
UNITED STATES DISTRICT JUDGE

---

withdrawn this claim."). The Report and Recommendation, which the Court accepts, also addressed these Claims.