JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALVARO CARRANZA,<br><br>          Petitioner,<br><br>      v.<br><br>NEIL McDOWELL, Warden,<br><br>          Respondent. | Case No. SA CV 21-00874-SPG (DFM)<br><br>**JUDGMENT** |

Pursuant to the Court's Order Accepting the Report and Recommendation of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is denied and this action dismissed with prejudice.

Dated: September 18, 2023

HON. SHERILYN PEACE GARNETT
UNITED STATES DISTRICT JUDGE